UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1044
(1:14-cv-00767-WO-JEP)

_____

MICHAEL WOODS; RAMONA WOODS; BNT AD AGENCY, LLC

      Plaintiffs - Appellants

v.

CITY OF GREENSBORO, a municipality; NANCY VAUGHAN, in her official capacity; ZACK MATHENY, In his official capacity; MARIKAY ABUZUAITER, in her official capacity; T. DIANE BELLAMY-SMALL, in her official capacity; TONY WILKINS, in his official capacity; NANCY HOFFMAN, in her official capacity

      Defendants - Appellees

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

      For the Court

      /s/ Patricia S. Connor, Clerk